UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24703-CMA

CARLOS BRITO,

    Plaintiff,
v.

GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC; VITAFOODS ENTERPRISES IV, LLC; PARTY CAKE BAKERY VI INC.; HATEM BROTHERS INC; and KURATA & MCCANN LLC.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC.

Respectfully submitted this 29th day of January, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Evan A. Zuckerman* |
| ANTHONY J. PEREZ | EVAN A. ZUCKERMAN |
| Florida Bar No.: 535451 | Florida Bar No.: 52974 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | VERNIS & BOWLING OF BROWARD PA |
| 4937 S.W. 74th Court, Unit #3 | 5821 Hollywood Boulevard, First Floor |
| Miami, FL 33155 | Hollywood, FL 33021 |
| Telephone: (305) 553- 3464 | Telephone: (954) 927-5330 |
| Facsimile: (305)553-3031 | Facsimile: (954) 927-5320 |
| Primary Email:  ajperezlaw@gmail.com | Email: ezuckerman@florida-law.com |
| Secondary Email: ajperez@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 29th day of January, 2021.

      Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com

By: _/s/ Anthony J. Perez_
     ANTHONY J. PEREZ
     Florida Bar No.: 535451