**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:   1:20-cv-24703-CMA

CARLOS BRITO,

      Plaintiff,

v.

GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC; VITAFOODS ENTERPRISES IV, LLC; PARTY CAKE BAKERY VI INC.; HATEM BROTHERS INC; and KURATA & MCCANN LLC.

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO ("Plaintiff") and Defendant, PARTY CAKE BAKERY VI INC. ("Party Cake"), (collectively the "Parties"), hereby stipulate that: (1) the Parties have settled all claims against Party Cake and all claims in Count III of the Complaint; (2) Plaintiff voluntarily dismisses Count III of the Complaint in this action in its entirety with prejudice as to Party Cake; (3) Plaintiff voluntarily dismisses Party Cake's as a defendant in this matter with prejudice; and (4) the Parties shall bear their own attorneys' fees, costs, and expenses except as otherwise provided for in the Parties' Settlement Agreement.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO.: 1:20-CV-24703-CMA

Dated: February 1, 2021

Respectfully submitted,

| | |
|---|---|
| /s/Anthony J. Perez<br>ANTHONY J. PEREZ<br>Florida Bar No. 535451<br>E-mail: *ajperez@lawgmp.com*<br>Beverly Virues, Esq.<br>Florida Bar No. 123713<br>E-mail: *bvirues@lawgmp.com*<br>Secondary Email: *aquezada@lawgmp.com*<br>GARCIA-MENOCAL & PEREZ, P.L.<br>4937 S.W. 74TH Court<br>Miami, Florida 33155<br>Telephone: 305-553-3464<br>*Attorneys for Plaintiff* | /s/ Angel Ruiz<br>Law Office of Angel Ruiz<br>7154 Southwest 47 Street<br>2nd Floor<br>Miami, Florida 33155<br>Telephone: (305) 441-0501<br>Facsimile: (305) 441-1310<br>Email: ruizlawsecretary@hotmail.com<br>aruizlawoffice@hotmail.com<br>*Counsel for Defendant,* PARTY CAKE BAKERY VI INC. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Anthony J. Perez
Anthony J. Perez, Esq.