UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24703-CIV-ALTONAGA/Torres

CARLOS BRITO,

    Plaintiff,

vs.

GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC; VITAFOODS ENTERPRISES IV, LLC; PARTY CAKE BAKERY VI, INC.; HATEM BROTHERS INC.; and KURATA & MCCANN LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL *WITH PREJUDICE*
*(as to Defendant VITAFOODS ENTERPRISES IV, LLC only)*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff CARLOS BRITO files his dismissal with prejudice of this action solely against Defendant VITAFOODS ENTERPRISES IV, LLC ("Defendant VITAFOODS"), to which Defendant VITAFOODS stipulates. Plaintiff and Defendant VITAFOODS stipulate further to retention by the Court of jurisdiction to enforce the terms of the Stipulation of Settlement filed by Plaintiff and Defendant VITAFOODS as an exhibit to this Stipulation of Dismissal *with Prejudice*.

| | |
|---|---|
| Linda J. Ehrlich, P.A. | Garcia-Menocal & Perez, P.L. |
| Attorney for Defendant Vitafoods | Attorneys for Plaintiff |
| Fla. Bar No. 0318604 | Anthony J. Perez, Esq. |
| 7000 W. Palmetto Park Road | Fla. Bar No. 535451 |
| Suite 210 | 4937 SW 74th CT |
| Boca Raton, FL   33433 | Miami, FL   33155 |
| Tel.:(561)221-6931/Fax: 561-392-9573 | Tel.: (305)553-3464/Fax: (305)553-3031 |
| E-mail: orechetdin@aol.com | E-mail: ajperez@lawgmp.com |
| By: */s/Linda J. Ehrlich* | By: */s/ Anthony J. Perez* |
|    LINDA J. EHRLICH, Esq. |    ANTHONY J. PEREZ, Esq. |
| Dated: February 9, 2021 | Dated: February 9th, 2021 |