UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24703-CIV-ALTONAGA/Goodman

**CARLOS BRITO**,

      Plaintiff,
v.

**GEMINI CAPITAL ACQUISITIONS
OF DELAWARE, LLC**; *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Stipulation of Settlement with Prejudice (as to Defendant Vitafoods Enterprises IV, LLC *only*) [ECF No. 57], filed on February 10, 2021. The Court has carefully reviewed the Stipulation of Dismissal with Prejudice and the entire Court file, and being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

    1. The Stipulation of Dismissal with Prejudice [ECF No. 57] filed by Plaintiff and Defendant Vitafoods is approved, adopted, and ratified by the Court;

    2. The above-styled cause is hereby **DISMISSED** with prejudice as against Defendant Vitafoods;

    3. The Court reserves jurisdiction as to Defendant Vitafoods solely for the purpose of enforcing the terms of the Stipulation of Settlement between Plaintiff and Defendant Vitafoods [ECF No. 57-1]; and

    4. This Order does not affect Plaintiff's rights as to the remaining Defendants in this action.

CASE NO. 20-24703-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record