UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24703-CMA

CARLOS BRITO,

      Plaintiff,

v.

GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC; VITAFOODS ENTERPRISES IV, LLC; PARTY CAKE BAKERY VI INC.; HATEM BROTHERS INC; and KURATA & MCCANN LLC.

      Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO, and Defendant, GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: February 10, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Evan A. Zuckerman* |
| ANTHONY J. PEREZ | EVAN A. ZUCKERMAN |
| Florida Bar No. 535451 | Florida Bar No.: 52974 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | VERNIS & BOWLING OF BROWARD PA |
| 4937 SW 74th Court, No. 3 | 5821 Hollywood Boulevard, First Floor |
| Miami, Florida 33155 | Hollywood, FL 33021 |
| E-Mail: ajperezlaw@gmail.com; aquezada@lawgmp.com | Telephone: (954) 927-5330 |
| Telephone: (305)553-3464 | Facsimile: (954) 927-5320 |
| Facsimile: (305) 553-3031 | Email: ezuckerman@florida-law.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |