UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24703-CMA

CARLOS BRITO,

    Plaintiff,

v.

HATEM BROTHERS INC.,

    Defendant,
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendant, HATEM BROTHERS INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice as to Defendant.

Respectfully submitted this June 8, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Sanford R. Topkin* |
| ANTHONY J. PEREZ | SANFORD R. TOPKIN |
| Florida Bar No.: 535451 | Florida Bar No.: 948070 |
| | BENJAMIN G. PARTLOW |
| | Florida Bar No.: 29367 |
| GARCIA-MENOCAL & PEREZ, P.L. | |
| 4937 S.W. 74th Court, Unit #3 | TOPKIN & PARTLOW, P.L. |
| Miami, FL 33155 | 1166 West Newport Center Drive, Suite 309 |
| Telephone: (305) 553- 3464 | Telephone: (954) 422-8422 |
| Facsimile: (305) 553-3031 | Facsimile: (954) 422-5455 |
| Primary Email:  ajperez@lawgmp.com | Email: stopkin@topkinlaw.com |
| *Attorney for Plaintiff* |     bpartlow@topkinlaw.com |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 8th day of June 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone:	(305) 553-3464
Facsimile:	(305) 553-3031
Primary E-Mail:   ajperez@gmplaw.com
Secondary E-Mail: bvirues@lawgmp.com;
aquezada@lawgmp.com

By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ